FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART, | No. 4:19-cv-05008-SMJ |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| DEPARTMENT OF CORRECTIONS and DR. DANIEL VARNELL, | |
| Defendants. | |

By order filed April 30, 2019, the Court directed Plaintiff Jason Mark Hart to comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. ECF No. 5. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee (a $350.00 filing fee plus a $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id.*

The Court cautioned Plaintiff, a prisoner at the Special Offender's Unit of the Monroe Correctional Complex, that failure to comply would result in this case being closed. Plaintiff did not comply with the Court's directive and has filed nothing further in this action. Therefore, **IT IS ORDERED** that this action is **DISMISSED**

ORDER DISMISSING ACTION **-** 1

without prejudice.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 26th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION - 2